1

2

3

4

5

6

7

8

9 # UNITED STATES DISTRICT COURT

10 # CENTRAL DISTRICT OF CALIFORNIA

11

12 AMIR A. AHMED,                          )     Case No. EDCV 12-1398-R (JEM)
   
13                Petitioner,   )

14         v.                                    )     ORDER ACCEPTING FINDINGS AND
                                   )     RECOMMENDATIONS OF UNITED
15 CONNIE GIBSON, Warden,                  )     STATES MAGISTRATE JUDGE

16                Respondent.   )

17 _____ )

18        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records

19 on file, and the Report and Recommendation of the United States Magistrate Judge.  No

20 Objections to the Report and Recommendation have been filed within the time allowed for

21 Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

22        IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and

23 (2) Judgment shall be entered dismissing the action with prejudice.

24

25 DATED: Sept. 30, 2013

26                                           _____
                                           MANUEL L. REAL
                             UNITED STATES DISTRICT JUDGE

27

28