# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR A. AHMED,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>CONNIE GIBSON, Warden,<br><br>　　　　　　　Respondent. | Case No. EDCV 12-1398-R (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: Sept. 30, 2013

　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE